# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: WOLENBERG, THOMAS J | § Case No. 10-71406 |
| WOLENBERG, ROBIN M | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/03/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 08/31/2011     By: /s/BERNARD J. NATALE
                         Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WOLENBERG, THOMAS J § Case No. 10-71406
   WOLENBERG, ROBIN M § 
              §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 8,014.36 |
| *and approved disbursements of* | $ 22.94 |
| *leaving a balance on hand of* [1] | $ 7,991.42 |
| **Balance on hand:** | $ 7,991.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,991.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,551.44 | 0.00 | 1,551.44 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 275.00 | 0.00 | 275.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 15.82 | 0.00 | 15.82 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,102.26 |
| Remaining balance: | $ 5,889.16 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,889.16 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,889.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,988.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, NA | 5,405.85 | 0.00 | 723.75 |
| 2 | Chase Bank USA, NA | 1,350.92 | 0.00 | 180.86 |
| 3 | Chase Bank USA NA | 13,853.16 | 0.00 | 1,854.67 |
| 4 | Chase Bank USA NA | 23,378.09 | 0.00 | 3,129.88 |

|  | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,889.16 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                           Case No. 10-71406-MB
Thomas J Wolenberg                                               Chapter 7
Robin M Wolenberg
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-3          User: cbachman              Page 1 of 1                   Date Rcvd: Sep 06, 2011
                              Form ID: pdf006             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2011.
db/jdb     +Thomas J Wolenberg,    Robin M Wolenberg,    9708 Creekside Drive,    Wonder Lake, IL 60097-7531
aty        +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
aty        +Leo M Flanagan Jr,    Law Office of Leo M. Flanagan, Jr.,    85 Market Street,
             Elgin, IL 60123-5001
aty        +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
tr         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
15309864    Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
15309865    Bank of America-Home Loans,    Customer Service,    P. O. Box 5170,    Simi Valley, CA 93062-5170
17288400    Chase Bank USA, NA,    PO Box 15145,    Wilmington, DE 19850-5145
15309866    Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
15309870   +Chase Home Equity Loan Servicing,    P. O. Box 24714,    Columbus, OH 43224-0714
15309871   +CitiCard,   Processing Center,    Des Moines, IA 50363-0001
15309873    Ford Credit,    P. O. Box 790093,    Saint Louis, MO 63179-0093
15309876    HSBC Bank Nevada< N.A.,    P. O. Box 17051,    Baltimore, MD 21297-1051
15309875    HSBC Bank Nevada< N.A.,    P. O. Box 37281,    Baltimore, MD 21297-3281
15309874   +Harris N.A.,    P.O. Box 6201,    Carol Stream, IL 60197-6201
15309877    Wells Fargo Auto Finance,    P. O. Box 29704,    Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
17294823*   Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15309867*   Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
15309868*   Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
15309869*   Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
15309872*  +CitiCard,   Processing Center,    Des Moines, IA 50363-0001
                                                                                   TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2011**          **Signature:** *Joseph Speetjens*