**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WOLENBERG, THOMAS J | § Case No. 10-71406 |
| WOLENBERG, ROBIN M | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $226,796.53 | Assets Exempt: $36,836.53 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $5,889.16 | Claims Discharged Without Payment: $85,726.62 |
| Total Expenses of Administration: $2,125.20 | |

3) Total gross receipts of $ 8,014.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,014.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $373,636.83 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,125.20 | 2,125.20 | 2,125.20 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 91,270.60 | 43,988.02 | 43,988.02 | 5,889.16 |
| **TOTAL DISBURSEMENTS** | $464,907.43 | $46,113.22 | $46,113.22 | $8,014.36 |

4) This case was originally filed under Chapter 7 on March 24, 2010. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2011          By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1229-000 | 8,014.09 |
| Interest Income | 1270-000 | 0.27 |
| **TOTAL GROSS RECEIPTS** | | **$8,014.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ford Credit | 4110-000 | 28,580.54 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Auto Finance | 4110-000 | 17,179.98 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.A. | 4110-000 | 67,092.31 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Equity Loan Servicing | 4110-000 | 12,784.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America-Home Loans Customer Service | 4110-000 | 248,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$373,636.83** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 15.82 | 15.82 | 15.82 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 275.00 | 275.00 | 275.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,551.44 | 1,551.44 | 1,551.44 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 7.58 | 7.58 | 7.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 15.36 | 15.36 | 15.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,125.20 | 2,125.20 | 2,125.20 |

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 − PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 − GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, NA | 7100-000 | 5,271.95 | 5,405.85 | 5,405.85 | 723.75 |
| 2 | Chase Bank USA, NA | 7100-000 | 1,139.64 | 1,350.92 | 1,350.92 | 180.86 |
| 3 | Chase Bank USA NA | 7100-000 | 13,853.16 | 13,853.16 | 13,853.16 | 1,854.67 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Chase Bank USA NA | 7100-000 | 23,378.09 | 23,378.09 | 23,378.09 | 3,129.88 |
| NOTFILED | CitiCard Processing Center | 7100-000 | 5,722.62 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank Nevada< N.A. | 7100-000 | 1,088.33 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank Nevada< N.A. | 7100-000 | 13,182.67 | N/A | N/A | 0.00 |
| NOTFILED | CitiCard Processing Center | 7100-000 | 13,376.28 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 14,257.86 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 91,270.60 | 43,988.02 | 43,988.02 | 5,889.16 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71406  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** WOLENBERG, THOMAS J  **Filed (f) or Converted (c):** 03/24/10 (f)
WOLENBERG, ROBIN M  **§341(a) Meeting Date:** 05/06/10
**Period Ending:** 12/07/11  **Claims Bar Date:** 07/05/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Location: 9708 Creekside Drive, Wonder 60097 | 155,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | JP Morgan Chase Bank, Chicago, IL Account #11100 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2 couches, 2 loveseats, 1 sectional couch, 1 cha | 1,125.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2 pr jeans, 4 prs work pants, 10 Jewel-Osco issu | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | 3 business suits, 5 pr jeans, 5 dresses, 15 t-sh | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Gold Wedding Band | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1 Gold & Diamond Engagement Ring; 1 Gold Wedding | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Insurance on Robin through Tom's Employer - | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term Insurance Tom through Employer - SuperValue | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term Insurance Tom through Employer - SuperValue | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Term Insurance Robin through Employer - TweenBra | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term Insurance Robin through Employer - TweenBra | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | SuperValu Star 401K Plan, P.O. Box 5166, Boston, | 22,786.53 | 0.00 | DA | 0.00 | FA |
| 14 | 2008 Ford Edge | 14,825.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2003 Ford F-150 | 7,815.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2004 Ford Mustang Cobra Coupe 2D | 16,725.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1992 Ford Mustang LX | 3,705.00 | 2,410.00 | DA | 0.00 | FA |
| 18 | 2 TV's, 1 TV Projection, 1 Stereo System w/Speak | 930.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1 desk top computer, scanner, copier, fax machin | 950.00 | 0.00 | DA | 0.00 | FA |
| 20 | 1-3 person tent, portable grill, 1 propane campi | 185.00 | 0.00 | DA | 0.00 | FA |
| 21 | Inheritance (u) | 0.00 | 9,000.00 | | 8,014.09 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.27 | FA |
| 22 | Assets Totals (Excluding unknown values) | **$226,796.53** | **$11,410.00** | | **$8,014.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 12/07/2011 02:42 PM  V.12.57

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71406  
**Case Name:** WOLENBERG, THOMAS J  
WOLENBERG, ROBIN M  
**Period Ending:** 12/07/11

**Trustee:** (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/24/10 (f)  
**§341(a) Meeting Date:** 05/06/10  
**Claims Bar Date:** 07/05/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2011    **Current Projected Date Of Final Report (TFR):** August 31, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-71406 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | WOLENBERG, THOMAS J | | **Bank Name:** | The Bank of New York Mellon |
| | WOLENBERG, ROBIN M | | **Account:** | 9200-******40-65 - Money Market Account |
| **Taxpayer ID #:** | **-***6623 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 12/07/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/11 | {21} | Robin M Wolenberg | Inheritance | 1229-000 | 6,236.98 | | 6,236.98 |
| 04/11/11 | {21} | Robin M Wolenberg | Final payment on inheritance | 1229-000 | 1,777.11 | | 8,014.09 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 8,014.13 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,014.19 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-71406, BOND #016018067 | 2300-000 | | 7.58 | 8,006.61 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,006.67 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,006.73 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 15.36 | 7,991.37 |
| 08/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 7,991.42 |
| 08/29/11 | | To Account #9200******4066 | Transfer for Final Report | 9999-000 | | 7,991.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,014.36 | 8,014.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,991.42 | |
| | | | **Subtotal** | | 8,014.36 | 22.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,014.36** | **$22.94** | |

{} Asset reference(s)

Printed: 12/07/2011 02:42 PM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-71406  
**Case Name:** WOLENBERG, THOMAS J  
                WOLENBERG, ROBIN M  
**Taxpayer ID #:** **-***6623  
**Period Ending:** 12/07/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******40-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/11 | | From Account #9200******4065 | Transfer for Final Report | 9999-000 | 7,991.42 | | 7,991.42 |
| 10/03/11 | 101 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: REOPENING CASE | 2700-000 | | 260.00 | 7,731.42 |
| 10/03/11 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,551.44, Trustee Compensation; Reference: | 2100-000 | | 1,551.44 | 6,179.98 |
| 10/03/11 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 290.82 | 5,889.16 |
| | | | Dividend paid 100.00%      275.00<br>on $275.00; Claim#<br>ATTY; Filed: $275.00 | 3110-000 | | | 5,889.16 |
| | | | Dividend paid 100.00%       15.82<br>on $15.82; Claim# EXP;<br>Filed: $15.82 | 3120-000 | | | 5,889.16 |
| 10/03/11 | 104 | Chase Bank USA NA | Combined Check for Claims#3,4 | | | 4,984.55 | 904.61 |
| | | | Dividend paid 13.38%    1,854.67<br>on $13,853.16; Claim#<br>3; Filed: $13,853.16;<br>Reference: 2726 | 7100-000 | | | 904.61 |
| | | | Dividend paid 13.38%    3,129.88<br>on $23,378.09; Claim#<br>4; Filed: $23,378.09;<br>Reference: 1781 | 7100-000 | | | 904.61 |
| 10/03/11 | 105 | Chase Bank USA, NA | Combined Check for Claims#1,2 | | | 904.61 | 0.00 |
| | | | Dividend paid 13.38%      723.75<br>on $5,405.85; Claim# 1;<br>Filed: $5,405.85;<br>Reference: 7688 | 7100-000 | | | 0.00 |
| | | | Dividend paid 13.38%      180.86<br>on $1,350.92; Claim# 2;<br>Filed: $1,350.92;<br>Reference: 4873 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,991.42 | 7,991.42 | $0.00 |
| | | | Less: Bank Transfers | | 7,991.42 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,991.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,991.42** | |

{} Asset reference(s)                                                                         Printed: 12/07/2011 02:42 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-71406
**Case Name:** WOLENBERG, THOMAS J
WOLENBERG, ROBIN M
**Taxpayer ID #:** **-***6623
**Period Ending:** 12/07/11

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******40-66 - Checking Account
**Blanket Bond:** $606,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******40-65 | 8,014.36 | 22.94 | 0.00 |
| Checking # 9200-******40-66 | 0.00 | 7,991.42 | 0.00 |
| | $8,014.36 | $8,014.36 | $0.00 |

{} Asset reference(s)

Printed: 12/07/2011 02:42 PM   V.12.57